**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter __**11**__

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Madu, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **74-2585378** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**Principal place of business**

**114 Oleander Avenue**
**Corpus Christi, TX 78404-1729**
Number, Street, City, State & ZIP Code

**Nueces**
County

**Mailing address, if different from principal place of business**

**PO Box 61065**
**Corpus Christi, TX 78466**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Madu, Inc.**                                                                Case number (*if known*) _____
          Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
___5311___

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

| Debtor | **Madu, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | **Asha Property LLC** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **Southern** | When | **9/06/21** | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Madu, Inc.**
_____    Case number (*if known*) _____
              Name

**16.  Estimated liabilities**    ☐ $0 - $50,000    ■ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000    ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor   **Madu, Inc.**                                                                    Case number (*if known*)
         Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  6, 2021**
              MM / DD / YYYY

**X** /s/ Sathesh Janaki                                          **Sathesh Janaki**
Signature of authorized representative of debtor                  Printed name

Title   **President**

**18. Signature of attorney**

**X** /s/ Todd Headden                           Date   **September  6, 2021**
Signature of attorney for debtor                        MM / DD / YYYY

**Todd Headden 24096285**
Printed name

**Hayward PLLC**
Firm name

**901 Mopac Expressway**
**Building 1, Suite 300**
**Austin, TX 78746**
Number, Street, City, State & ZIP Code

Contact phone   **737-881-7100**        Email address   **theadden@haywardfirm.com**

**24096285 TX**
Bar number and State

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-XXXXX |
| MADU, INC. | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | Subchapter V |
| | § | |
| | § | |

## STATEMENT REGARDING FINANCIAL STATEMENTS

I, Sathesh Janaki, make the following statement pursuant to 28 U.S.C. § 1746:

1.      My name is Sathesh Janaki. I am over the age of eighteen and am fully competent to make this declaration.

2.      I am the President of Madu, Inc. ("Madu") which has prepared a voluntary petition under chapter 11 of the United States Bankruptcy Code.

3.      Madu qualifies as a small business and has elected to file its petition under Subchapter V. Pursuant to section 1116(1)(b), I hereby certify, under the penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared. Appended to the voluntary petition is a redacted copy of the 2020 Federal Income Tax Return prepared for, and filed by, Madu.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 6th, 2021.

_____

Sathesh Janaki
President
Madu, Inc.

* * * * *

MADU, INC
Instructions for Filing Your Tax Return
for the year ended December 31, 2020
* * * * *

Enclosed for your records is one copy of Form 1120S, U.S. Income Tax Return for an S Corporation, for the year ended December 31, 2020.  Your return will be e-filed with the Internal Revenue Service.

**Signature . . .**
Included is a Form 8879-S, IRS E-file Authorization.  The form should be signed (using full name and title) and dated in Part II of the form (middle of the page) by an authorized officer of the corporation.

**Filing . . .**
This tax return is due September 15, 2021.  Please return the signed form to us as soon as possible.

| | |
|---|---|
| By Mail: | Swank, Salch & Henderson, P.C. |
| | 802 N. Carancahua, Suite 1100 |
| | Corpus Christi, TX  78401 |
| By Fax: | 361-884-9235 |
| Or By E-Mail: | ssh@sshpc.com |

We must receive your signed form before we can electronically transmit your return.  The Internal Revenue Service will notify us when your return is accepted.  Your return is not considered filed until the Internal Revenue Service confirms their acceptance.

Do NOT separately file Form 1120S with the Internal Revenue Service.  Doing so will delay the processing of your return.

**Additional Information . . .**
This return was prepared from information provided by you or your representative.  The preparation of tax returns does not include the independent verification of information used.  Therefore, we recommend you review the return before signing to ensure there are no omissions or misstatements.  If you note anything which may require a change to the return, please contact us before filing it.

Our work in connection with the preparation of your return did not include any procedures designed to discover defalcations or other irregularities, should they exist.

Upon audit of the return, requests may be made for supporting documentation.  Therefore, we recommend that you retain all pertinent records.

We sincerely appreciate this opportunity to serve you.  Please contact us at 361-883-8151 if you have any questions or if we may be of further assistance.

Form **8879-S**

### IRS *e-file* Signature Authorization for Form 1120-S

▶ ERO must obtain and retain completed Form 8879-S.

▶ Go to *www.irs.gov/Form8879S* for the latest information.

OMB No. 1545-0123

**2020**

Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax year beginning                , and ending                .

| Name of corporation | Employer identification number |
|---|---|
| MADU, INC. | 74-2585378 |

| Part I | Tax Return Information (Whole dollars only) | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1120-S, line 1c) | **1** | |
| 2 | Gross profit (Form 1120-S, line 3) | **2** | |
| 3 | Ordinary business income (loss) (Form 1120-S, line 21) | **3** | 0 |
| 4 | Net rental real estate income (loss) (Form 1120-S, Schedule K, line 2) | **4** | 23,882 |
| 5 | Income (loss) reconciliation (Form 1120-S, Schedule K, line 18) | **5** | 23,882 |

| Part II | Declaration and Signature Authorization of Officer (Be sure to get a copy of the corporation's return) |
|---|---|

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2020 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize   SWANK, SALCH & HENDERSON, P.C.   to enter my PIN [        ] as my signature
                       ERO firm name                                                    Don't enter all zeros

on the corporation's 2020 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2020 electronically filed income tax return.

Officer's signature ▶ _____   Date ▶ 08-20-21   Title ▶ **PRESIDENT**

SATHESH JANAKI

| Part III | Certification and Authentication |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. [                ]
                                                                                          Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2020 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ *John Henderson* _____   Date ▶ 8-20-21

**ERO Must Retain This Form — See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.                                        Form **8879-S** (2020)

DAA

OMB No. 1545-0123

**Form 1120-S**

Department of the Treasury
Internal Revenue Service

**U.S. Income Tax Return for an S Corporation**
▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Go to *www.irs.gov/Form1120S* for instructions and the latest information.

**2020**

For calendar year 2020 or tax year beginning _____, ending _____

**A** S election effective date
01/01/91

**B** Business activity code number (see instructions)
531120

**C** Check if Sch. M-3 attached ☐

| TYPE | Name  MADU, INC. |
|---|---|
| OR PRINT | Number, street, and room or suite no. If a P.O. box, see instructions.  PO BOX 61065 |
| | City or town, state or province, country, and ZIP or foreign postal code  CORPUS CHRISTI        TX 78466 |

**D** Employer identification number
74-2585378

**E** Date incorporated
11/27/1990

**F** Total assets (see instructions)
$ 44,869

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No  If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ................................. ▶ 2

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales | 1a | | |
| | b | Returns and allowances | 1b | | |
| | c | Balance. Subtract line 1b from line 1a | | 1c | |
| | 2 | Cost of goods sold (attach Form 1125-A) | | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | | 3 | |
| | 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | 4 | |
| | 5 | Other income (loss) (see instructions—attach statement) | | 5 | |
| | 6 | **Total income (loss).** Add lines 3 through 5 ................................ ▶ | | 6 | |

| | | | | |
|---|---|---|---|---|
| **Deductions (see instructions for limitations)** | 7 | Compensation of officers (see instructions–attach Form 1125-E) | 7 | |
| | 8 | Salaries and wages (less employment credits) | 8 | |
| | 9 | Repairs and maintenance | 9 | |
| | 10 | Bad debts | 10 | |
| | 11 | Rents | 11 | |
| | 12 | Taxes and licenses | 12 | |
| | 13 | Interest (see instructions) | 13 | |
| | 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | |
| | 15 | Depletion **(Do not deduct oil and gas depletion.)** | 15 | |
| | 16 | Advertising | 16 | |
| | 17 | Pension, profit-sharing, etc., plans | 17 | |
| | 18 | Employee benefit programs | 18 | |
| | 19 | Other deductions (attach statement) | 19 | |
| | 20 | **Total deductions.** Add lines 7 through 19 ................................ ▶ | 20 | |
| | 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | |

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Payments** | 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | |
| | b | Tax from Schedule D (Form 1120-S) | 22b | | |
| | c | Add lines 22a and 22b (see instructions for additional taxes) | | 22c | |
| | 23a | 2020 estimated tax payments and 2019 overpayment credited to 2020 | 23a | | |
| | b | Tax deposited with Form 7004 | 23b | | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | |
| | d | Reserved for future use | 23d | | |
| | e | Add lines 23a through 23d | | 23e | |
| | 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ........ ▶ ☐ | | 24 | |
| | 25 | **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed | | 25 | |
| | 26 | **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | | 26 | |
| | 27 | Enter amount from line 26: Credited to 2021 estimated tax ▶          Refunded ▶ | | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer  SATHESH JANAKI    Date 08-20-21    Title PRESIDENT

May the IRS discuss this return with the preparer shown below? See instructions.  ☒ Yes  ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name  JOHN HENDERSON | Preparer's signature  JOHN HENDERSON | Date | Check ☐ if self-employed | PTIN P00544430 |
|---|---|---|---|---|
| Firm's name ▶ SWANK, SALCH & HENDERSON, P.C. | | | Firm's EIN ▶ | |
| Firm's address ▶ 802 N CARANCAHUA SUITE 1100  CORPUS CHRISTI, TX    78401-0053 | | | Phone no. 361-883-8151 | |

For Paperwork Reduction Act Notice, see separate instructions.

DAA

Form **1120-S** (2020)

Form 1120-S (2020) **MADU, INC.**        74-2585378        Page **2**

## Schedule B   Other Information (see instructions)

|  |  | Yes | No |
|---|---|---|---|
| **1** | Check accounting method:   **a** ☒ Cash   **b** ☐ Accrual |  |  |
|  | **c** ☐ Other (specify) ⊔ .................................................... |  |  |
| **2** | See the instructions and enter the: |  |  |
|  | **a** Business activity ⊔ SHOPPING CENTER    **b** Product or service ⊔ LEASING & MAINTENAN |  |  |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation |  | X |
| **4** | At the end of the tax year, did the corporation: |  |  |
|  | **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ......................................................... |  | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
|  | **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below .................... |  | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **5a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? .................... |  | X |
|  | If "Yes," complete lines (i) and (ii) below. |  |  |
|  | **(i)** Total shares of restricted stock ⊔ .................... |  |  |
|  | **(ii)** Total shares of non-restricted stock ⊔ .................... |  |  |
|  | **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? ............... |  | X |
|  | If "Yes," complete lines (i) and (ii) below. |  |  |
|  | **(i)** Total shares of stock outstanding at the end of the tax year ⊔ .................... |  |  |
|  | **(ii)** Total shares of stock outstanding if all instruments were executed ⊔ .................... |  |  |
| **6** | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? .................... |  | X |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount .................... ⊔ ☐ |  |  |
|  | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. |  |  |
| **8** | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions .................... ⊔ $ |  |  |
| **9** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions .................... |  | X |
| **10** | Does the corporation satisfy one or more of the following? See instructions .................... |  | X |
|  | **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. |  |  |
|  | **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. |  |  |
|  | **c** The corporation is a tax shelter and the corporation has business interest expense. |  |  |
|  | If "Yes," complete and attach Form 8990. |  |  |
| **11** | Does the corporation satisfy **both** of the following conditions? .................... | X |  |
|  | **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000. |  |  |
|  | **b** The corporation's total assets at the end of the tax year were less than $250,000. |  |  |
|  | If "Yes," the corporation is not required to complete Schedules L and M-1. |  |  |

Form **1120-S** (2020)

Form 1120-S (2020)  **MADU, INC.**                    74-2585378                          Page **3**

## Schedule B  Other Information (see instructions) *(continued)*

| | | Yes | No |
|---|---|---|---|
| **12** | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the | | |
| | terms modified so as to reduce the principal amount of the debt? ................................................ | | X |
| | If "Yes," enter the amount of principal reduction ................................................ u $ | | |
| **13** | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions ............ | | X |
| **14a** | Did the corporation make any payments in 2020 that would require it to file Form(s) 1099? ........................... | | X |
| **b** | If "Yes," did the corporation file or will it file required Forms 1099? ................................................ | | |
| **15** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? ................................... | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ................................................ u $ | | |

## Schedule K  Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 21) .................................... | | **1** | |
| | **2** Net rental real estate income (loss) (attach Form 8825) .......................... | | **2** | 23,882 |
| | **3a** Other gross rental income (loss) ...................... | **3a** | | |
| | **b** Expenses from other rental activities (attach statement) ........ | **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a ..... | | **3c** | |
| | **4** Interest income ................................................................ | | **4** | |
| | **5** Dividends: **a** Ordinary dividends ...................................... | | **5a** | |
| | **b** Qualified dividends .................................. | **5b** | | |
| | **6** Royalties ...................................................................... | | **6** | |
| | **7** Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) ......... | | **7** | |
| | **8a** Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) ......... | | **8a** | |
| | **b** Collectibles (28%) gain (loss) ........................ | **8b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement) ........ | **8c** | | |
| | **9** Net section 1231 gain (loss) (attach Form 4797) ...... | | **9** | |
| | **10** Other income (loss) (see instructions) ............ Type u | | **10** | |
| **Deductions** | **11** Section 179 deduction (attach Form 4562) .......................... | | **11** | |
| | **12a** Charitable contributions ............................................... | | **12a** | |
| | **b** Investment interest expense ........................................... | | **12b** | |
| | **c** Section 59(e)(2) expenditures ................. Type u | | **12c** | |
| | **d** Other deductions (see instructions) ............ Type u | | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5)) .......................... | | **13a** | |
| | **b** Low-income housing credit (other) ...................................... | | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) ............ | | **13c** | |
| | **d** Other rental real estate credits (see instructions)   Type u | | **13d** | |
| | **e** Other rental credits (see instructions) ............ Type u | | **13e** | |
| | **f** Biofuel producer credit (attach Form 6478) .......................... | | **13f** | |
| | **g** Other credits (see instructions) ................. Type u | | **13g** | |
| **Foreign Transactions** | **14a** Name of country or U.S. possession u | | | |
| | **b** Gross income from all sources ........................................... | | **14b** | |
| | **c** Gross income sourced at shareholder level ............................ | | **14c** | |
| | Foreign gross income sourced at corporate level | | | |
| | **d** Reserved for future use ................................................... | | **14d** | |
| | **e** Foreign branch category ................................................... | | **14e** | |
| | **f** Passive category ......................................................... | | **14f** | |
| | **g** General category ......................................................... | | **14g** | |
| | **h** Other (attach statement) ................................................ | | **14h** | |
| | Deductions allocated and apportioned at shareholder level | | | |
| | **i** Interest expense ......................................................... | | **14i** | |
| | **j** Other ...................................................................... | | **14j** | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | | |
| | **k** Reserved for future use ................................................... | | **14k** | |
| | **l** Foreign branch category .................................................. | | **14l** | |
| | **m** Passive category ......................................................... | | **14m** | |
| | **n** General category ......................................................... | | **14n** | |
| | **o** Other (attach statement) ................................................ | | **14o** | |
| | Other information | | | |
| | **p** Total foreign taxes (check one): u☐ Paid  ☐ Accrued ............... u | | **14p** | |
| | **q** Reduction in taxes available for credit (attach statement) ................ | | **14q** | |
| | **r** Other foreign tax information (attach statement) ........................ | | | |

DAA                                                                                          Form **1120-S** (2020)

Form 1120-S (2020)  **MADU, INC.**                         74-2585378                    Page **4**

### Schedule K — Shareholders' Pro Rata Share Items *(continued)*

| | | | Total amount |
|---|---|---|---:|
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | **15a** | 2,037 |
| | **b** Adjusted gain or loss | **15b** | |
| | **c** Depletion (other than oil and gas) | **15c** | |
| | **d** Oil, gas, and geothermal properties – gross income | **15d** | |
| | **e** Oil, gas, and geothermal properties – deductions | **15e** | |
| | **f** Other AMT items (attach statement) | **15f** | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income | **16a** | |
| | **b** Other tax-exempt income | **16b** | |
| | **c** Nondeductible expenses | **16c** | |
| | **d** Distributions (attach statement if required) (see instructions) | **16d** | |
| | **e** Repayment of loans from shareholders | **16e** | |
| **Other Information** | **17a** Investment income | **17a** | |
| | **b** Investment expenses | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits | **17c** | |
| | **d** Other items and amounts (attach statement)   SEE STATEMENT 1 | | |
| **Reconciliation** | **18 Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | **18** | 23,882 |

### Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---:|---:|---:|---:|
| 1 | Cash | | 2,125 | | 3,832 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | 40,007 |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 403,919 | | 403,919 | |
| b | Less accumulated depreciation | ( 394,043 ) | 9,876 | ( 402,889 ) | 1,030 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | 1,879 | | 1,879 | |
| b | Less accumulated amortization | ( 1,879 ) | 0 | ( 1,879 ) | 0 |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 12,001 | | 44,869 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 1,000 | | 1,000 |
| 23 | Additional paid-in capital | | 114,817 | | 123,803 |
| 24 | Retained earnings | | -103,816 | | -79,934 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 12,001 | | 44,869 |

Form **1120-S** (2020)

DAA

Form 1120-S (2020) MADU, INC.        74-2585378      Page **5**

**Schedule M-1**   **Reconciliation of Income (Loss) per Books With Income (Loss) per Return**

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| **1** | Net income (loss) per books | **23,882** | **5** | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| **2** | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | **a** | Tax-exempt interest $ .......................... | |
| **3** | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | **6** | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | |
| **a** | Depreciation $ .......................... | | **a** | Depreciation $ .......................... | |
| **b** | Travel and entertainment $ .......................... | | | .......................... | |
| | | | **7** | Add lines 5 and 6 | |
| **4** | Add lines 1 through 3 | **23,882** | **8** | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | **23,882** |

**Schedule M-2**   **Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account** (see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| **1** | Balance at beginning of tax year | **-103,816** | | | |
| **2** | Ordinary income from page 1, line 21 | | | | |
| **3** | Other additions   **STMT 2** | **23,882** | | | |
| **4** | Loss from page 1, line 21 | ( ) | | | |
| **5** | Other reductions | ( ) | | | ( ) |
| **6** | Combine lines 1 through 5 | **-79,934** | | | |
| **7** | Distributions | | | | |
| **8** | Balance at end of tax year. Subtract line 7 from line 6 | **-79,934** | | | |

Form **1120-S** (2020)

| Form **8825** (Rev. November 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Rental Real Estate Income and Expenses of a Partnership or an S Corporation**<br>u Attach to Form 1065 or Form 1120S.<br>u Go to *www.irs.gov/Form8825* for the latest information. | OMB No. 1545-0123 |

| Name | Employer identification number |
|---|---|
| MADU, INC. | 74-2585378 |

**1** Show the type and address of each property. For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. See page 2 to list additional properties.

| | Physical address of each property—street, city, state, ZIP code | Type—Enter code 1-8; see page 2 for list | Fair Rental Days | Personal Use Days |
|---|---|---|---|---|
| **A** | SHOPPING CENTER<br>415 S AUSTIN<br>ROCKPORT          TX  78381 | 4<br>COMMERCIAL | 0 | 0 |
| **B** | | | | |
| **C** | | | | |
| **D** | | | | |

| | | | **Properties** | | | |
|---|---|---|---|---|---|---|
| | | | **A** | **B** | **C** | **D** |
| | **Rental Real Estate Income** | | | | | |
| **2** | Gross rents | **2** | 86,871 | | | |
| | **Rental Real Estate Expenses** | | | | | |
| **3** | Advertising | **3** | | | | |
| **4** | Auto and travel | **4** | | | | |
| **5** | Cleaning and maintenance | **5** | | | | |
| **6** | Commissions | **6** | | | | |
| **7** | Insurance | **7** | 31,042 | | | |
| **8** | Legal and other professional fees | **8** | 728 | | | |
| **9** | Interest (see instructions) | **9** | | | | |
| **10** | Repairs | **10** | 894 | | | |
| **11** | Taxes | **11** | 10,095 | | | |
| **12** | Utilities | **12** | 10,660 | | | |
| **13** | Wages and salaries | **13** | | | | |
| **14** | Depreciation (see instructions) | **14** | 8,846 | | | |
| **15** | Other (list) u<br>SEE STATEMENT 3 | **15** | 724 | | | |
| **16** | Total expenses for each property. Add lines 3 through 15 | **16** | 62,989 | | | |
| **17** | Income or (loss) from each property. Subtract line 16 from line 2 | **17** | 23,882 | | | |

| | | | |
|---|---|---|---|
| **18a** | Total gross rents. Add gross rents from line 2, columns A through H | **18a** | 86,871 |
| **b** | Total expenses. Add total expenses from line 16, columns A through H | **18b** | ( 62,989 ) |
| **19** | Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | **19** | |
| **20a** | Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | **20a** | |
| **b** | Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed. | | |

**(1)** Name                                                                                          **(2)** Employer identification number

| | | | |
|---|---|---|---|
| **21** | Net rental real estate income (loss). Combine lines 18a through 20a. Enter the result here and on:<br>● **Form 1065 or 1120S:** Schedule K, line 2 | **21** | 23,882 |

For Paperwork Reduction Act Notice, see instructions.                                                            Form **8825** (Rev. 11-2018)
DAA

Case 21-21226   Document 1   Filed in TXSB on 09/06/21   Page 15 of 33

## **Federal  Statements**

### **Statement 1 - Form 1120-S, Page 4, Schedule K, Line 17d - Other Items and Amounts**

| Description | Amount |
|---|---|
| SECTION 199A INFORMATION – SEE ATTACHED WRK | |

### **Statement 2 - Form 1120-S, Page 5, Schedule M-2, Line 3(a) - Other Additions**

| Description | Amount |
|---|---|
| NET RENTAL REAL ESTATE INCOME | $       23,882 |
| TOTAL | $       23,882 |

AIE08J  MADU, INC.
74-2585378
FYE: 12/31/2020

**Federal  Statements**

8/20/2021  2:15 PM

## Statement 3 - Form 8825, Line 15 - Other Expenses

| Description | Amount |
|---|---|
| BANK  CHARGES | $ 724 |
| TOTAL | $ 724 |

## Rent and Royalty Worksheet

| Form **1120/ 1120-S** | For calendar year 2020 or tax year beginning | , ending | **2020** |
|---|---|---|---|

| Name | Employer Identification Number |
|---|---|
| **MADU, INC.** | **74-2585378** |

| **Property Description** | **Type of Activity** | |
|---|---|---|
| **SHOPPING CENTER** **415 S AUSTIN** **ROCKPORT          TX   78381** | **Rental Real Estate** | **X** |
| | **Other Rental Property** | |
| | **Royalty Property** | |

### Income and Expenses

**Income**

| | | |
|---|---|---|
| Gross rents | 86,871 | |
| Gross royalties | | |
| Income from sale of property reported on Form 4797, line 17 (S Corporation) | | |
| Other income | | |
| Total income | | **86,871** |

**Expenses**

| | | |
|---|---|---|
| Advertising | | |
| Auto and travel | | |
| Cleaning and maintenance | | |
| Commissions | | |
| Insurance | 31,042 | |
| Legal and professional | 728 | |
| Interest | | |
| Repairs | 894 | |
| Taxes | 10,095 | |
| Utilities | 10,660 | |
| Wages and salaries | | |
| Depreciation | 8,846 | |
| Depletion (C Corporation) | | |
| Other expenses | 724 | |
| Total expenses | | **62,989** |
| Net income (loss) from this property | | **23,882** |

AIE08J MADU, INC.
74-2585378
FYE: 12/31/2020

**Federal Asset Report**
**SHOPPING CENTER**

08/20/2021  2:15 PM

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | | | | | | | |
| 1 | BUILDING | 11/28/90 | 276,042 | | | | 276,042 | 31 | MM S/L | 255,228 | 8,763 |
| 2 | LEASEHOLD IMPROVE | 12/16/91 | 1,968 | | | | 1,968 | 31 | MM S/L | 1,739 | 62 |
| 3 | LEASEHOLD IMPROVE | 2/18/92 | 21,448 | | | | 21,448 | 31 | MM S/L | 18,983 | 680 |
| 4 | LHI-PLUMBING | 1/01/92 | 2,068 | | | | 2,068 | 31 | MM S/L | 1,843 | 65 |
| 5 | LHI-ELECTRICAL WIRIN | 1/01/92 | 973 | | | | 973 | 31 | MM S/L | 867 | 30 |
| 6 | A/C UNITS IMPROV | 6/15/94 | 4,604 | | | | 4,604 | 7 | HY 200DB | 4,603 | 0 |
| 7 | AWNING | 3/12/98 | 4,990 | | | | 4,990 | 7 | MQ200DB | 4,990 | 0 |
| 8 | AC UNIT | 11/05/98 | 3,410 | | | | 3,410 | 7 | MQ200DB | 3,410 | 0 |
| 11 | HURRICAN SHUTTERS | 7/13/00 | 4,775 | | | | 4,775 | 7 | HY 200DB | 4,773 | 0 |
| 12 | BLDG BASIS REDUCTION | 1/01/02 | -51,954 | | | | -51,954 | 39 | MM S/L | -19,928 | -1,332 |
| 13 | A/C UNIT | 6/25/06 | 3,599 | | | | 3,599 | 7 | HY 200DB | 3,598 | 0 |
| 14 | AWNING | 6/23/06 | 7,220 | | | | 7,220 | 7 | HY 200DB | 7,220 | 0 |
| 15 | ROOF | 4/21/10 | 22,538 | | | | 22,538 | 39 | MM S/L | 5,612 | 578 |
| 16 | A/C UNIT | 9/02/11 | 4,021 | | | X | 0 | 7 | HY 200DB | 4,021 | 0 |
| 17 | IMPROVEMENTS | 7/01/18 | 68,084 | | | X | 0 | 15 | HY 150DB | 68,084 | 0 |
| 18 | LHI | 7/01/19 | 26,893 | | | X | 0 | 15 | HY 150DB | 26,893 | 0 |
| | | | 400,679 | | | | 301,681 | | | 391,936 | 8,846 |
| **Listed Property:** | | | | | | | | | | | |
| 9 | DELL COMPUTER | 8/18/98 | 2,850 | 65.00 | X | | 0 | 5 | MQ200DB | 1,853 | 0 |
| 10 | HP PRINTER | 8/18/98 | 390 | 65.00 | X | | 0 | 5 | MQ200DB | 254 | 0 |
| | | | 3,240 | | | | 0 | | | 2,107 | 0 |

|  |  | Cost |  |  |  | Basis for Depr |  |  | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Grand Totals** | 403,919 | | | | 301,681 | | | 394,043 | 8,846 |
| | **Less: Dispositions and Transfers** | 0 | | | | 0 | | | 0 | 0 |
| | **Less: Start-up/Org Expense** | 0 | | | | 0 | | | 0 | 0 |
| | **Net Grand Totals** | 403,919 | | | | 301,681 | | | 394,043 | 8,846 |

AIE08J  MADU, INC.                                                      08/20/2021  2:15 PM
74-2585378                          **AMT Asset Report**
FYE: 12/31/2020                     **SHOPPING CENTER**

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv Meth | Prior | Current |
|-------|-------------|-----------------|------|-------|---------|-------|----------------|-----|-----------|-------|---------|
| **Prior MACRS:** | | | | | | | | | | | |
| 1 | BUILDING | 11/28/90 | 276,042 | | | | 276,042 | 40 | MM S/L | 199,963 | 6,901 |
| 2 | LEASEHOLD IMPROVE | 12/16/91 | 1,968 | | | | 1,968 | 40 | MM S/L | 1,376 | 49 |
| 3 | LEASEHOLD IMPROVE | 2/18/92 | 21,448 | | | | 21,448 | 40 | MM S/L | 14,943 | 536 |
| 4 | LHI-PLUMBING | 1/01/92 | 2,068 | | | | 2,068 | 40 | MM S/L | 1,452 | 52 |
| 5 | LHI-ELECTRICAL WIRIN | 1/01/92 | 973 | | | | 973 | 40 | MM S/L | 673 | 25 |
| 6 | A/C UNITS IMPROV | 6/15/94 | 4,604 | | | | 4,604 | 12 | HY 150DB | 4,601 | 0 |
| 7 | AWNING | 3/12/98 | 4,990 | | | | 4,990 | 10 | MQ150DB | 4,990 | 0 |
| 8 | AC UNIT | 11/05/98 | 3,410 | | | | 3,410 | 10 | MQ150DB | 3,410 | 0 |
| 11 | HURRICAN SHUTTERS | 7/13/00 | 4,775 | | | | 4,775 | 7 | HY 150DB | 4,775 | 0 |
| 12 | BLDG BASIS REDUCTION | 1/01/02 | -51,954 | | | | -51,954 | 39 | MM S/L | -19,928 | -1,332 |
| 13 | A/C UNIT | 6/25/06 | 3,599 | | | | 3,599 | 7 | HY 150DB | 3,599 | 0 |
| 14 | AWNING | 6/23/06 | 7,220 | | | | 7,220 | 7 | HY 150DB | 7,218 | 0 |
| 15 | ROOF | 4/21/10 | 22,538 | | | | 22,538 | 39 | MM S/L | 5,612 | 578 |
| 16 | A/C UNIT | 9/02/11 | 4,021 | | | X | 0 | 7 | HY 200DB | 4,021 | 0 |
| 17 | IMPROVEMENTS | 7/01/18 | 68,084 | | | X | 0 | 15 | HY 150DB | 68,084 | 0 |
| 18 | LHI | 7/01/19 | 26,893 | | | X | 0 | 15 | HY 150DB | 26,893 | 0 |
| | | | 400,679 | | | | 301,681 | | | 331,682 | 6,809 |
| **Listed Property:** | | | | | | | | | | | |
| 9 | DELL COMPUTER | 8/18/98 | 2,850 | 65.00 | X | | 0 | 7 | MQ150DB | 1,853 | 0 |
| 10 | HP PRINTER | 8/18/98 | 390 | 65.00 | X | | 0 | 7 | MQ150DB | 254 | 0 |
| | | | 3,240 | | | | 0 | | | 2,107 | 0 |
| | **Grand Totals** | | 403,919 | | | | 301,681 | | | 333,789 | 6,809 |
| | **Less: Dispositions and Transfers** | | 0 | | | | 0 | | | 0 | 0 |
| | **Net Grand Totals** | | 403,919 | | | | 301,681 | | | 333,789 | 6,809 |

| Form **1120-S** | **Two Year Comparison Worksheet Page 1** | **2019 & 2020** |
|---|---|---|

| Name | Employer Identification Number |
|---|---|
| **MADU, INC.** | **74-2585378** |

| | | 2019 | 2020 | Differences |
|---|---|---|---|---|
| **Income** | Gross profit percentage | | | |
| | Net receipts | | | |
| | Cost of goods sold | | | |
| | Gross profit | | | |
| | Net gain (loss) from Form 4797 | | | |
| | Other income (loss) | | | |
| | **Total income (loss)** | | | |
| **Deductions** | Compensation of officers | | | |
| | Salaries and wages less employment credits | | | |
| | Repairs and maintenance | | | |
| | Bad debts | | | |
| | Rents | | | |
| | Taxes and licenses | | | |
| | Interest | | | |
| | Depreciation | | | |
| | Depletion | | | |
| | Advertising | | | |
| | Pension, profit-sharing, etc., plans | | | |
| | Employee benefit programs | | | |
| | Other deductions | | | |
| | **Total deductions** | | | |
| | **Ordinary business income (loss)** | | | |
| **Tax and Payments** | Excess net passive income or LIFO recapture tax | | | |
| | Tax from Schedule D | | | |
| | **Total tax** | **0** | **0** | **0** |
| | Estimated tax and prior year overpayment credited | | | |
| | Tax deposited with Form 7004 | | | |
| | Credit for federal tax paid on fuels | | | |
| | Refund applied for on Form 4466 | ( ) | ( ) | ( ) |
| | **Total payments and credits** | | | |
| | **Tax due (overpayment)** | **0** | **0** | **0** |
| | Estimated tax penalty from Form 2220 | | | |
| | Penalties and interest | | | |
| | **Net tax due (overpayment)** | **0** | **0** | **0** |
| | **Overpayment credited to next year's estimated tax** | | | |
| | **Overpayment refunded** | | | |

| Form **1120-S** | Two Year Comparison Worksheet Page 2 | **2019 & 2020** |
|---|---|---|

| Name | Employer Identification Number |
|---|---|
| **MADU, INC.** | **74-2585378** |

|  |  | 2019 | 2020 | Differences |
|---|---|---|---|---|
| **Income (Loss)** | Ordinary business income (loss) | | | |
| | Net rental real estate income (loss) | **-4,304** | **23,882** | **28,186** |
| | Other net rental income (loss) | | | |
| | Interest income | | | |
| | Dividends | | | |
| | Royalties | | | |
| | Net short-term capital gain (loss) | | | |
| | Net long-term capital gain (loss) | | | |
| | Net Section 1231 gain (loss) | | | |
| | Other income (loss) | | | |
| **Deductions** | Section 179 deduction | | | |
| | Charitable contributions | | | |
| | Investment interest expense | | | |
| | Section 59(e)(2) expenditures | | | |
| | Other deductions | | | |
| **Credits** | Low-income housing credit (Section 42(j)(5)) | | | |
| | Low-income housing credit (other) | | | |
| | Qualified rehabilitation expenditures (rental real estate) | | | |
| | Other rental real estate credits | | | |
| | Other rental credits | | | |
| | Biofuel producer credit | | | |
| | Other credits | | | |
| **Foreign Transactions** | Total foreign gross income | | | |
| | Total foreign deductions | | | |
| | Total foreign taxes | | | |
| | Reduction in taxes available for credit | | | |
| **AMT Items** | Post-1986 depreciation adjustment | **2,042** | **2,037** | **-5** |
| | Adjusted gain or loss | | | |
| | Depletion (other than oil and gas) | | | |
| | Oil, gas, and geothermal properties-gross income | | | |
| | Oil, gas, and geothermal properties-deductions | | | |
| | Other AMT items | | | |
| **Items Affecting S/H Basis** | Tax-exempt interest income | | | |
| | Other tax-exempt income | | | |
| | Nondeductible expenses | | | |
| | Distributions | | | |
| | Repayment of loans from shareholders | | | |
| **Other Information** | Investment income | | | |
| | Investment expenses | | | |
| | Dividend distributions paid from accumulated E&P | | | |
| | Income (loss) (if Schedule M-1 is required) | **-4,304** | **23,882** | **28,186** |

| Form **1120-S** | **Two Year Comparison Worksheet Page 3** | **2019 & 2020** |
|---|---|---|

| Name | Employer Identification Number |
|---|---|
| **MADU, INC.** | **74-2585378** |

| | | **2019** | **2020** | **Differences** |
|---|---|---|---|---|
| **Schedule L** | Beginning assets | 25,291 | 12,001 | -13,290 |
| | Beginning liabilities and equity | 25,291 | 12,001 | -13,290 |
| | Ending assets | 12,001 | 44,869 | 32,868 |
| | Ending liabilities and equity | 12,001 | 44,869 | 32,868 |
| **Schedule M-1** | Net income (loss) per books | -4,304 | 23,882 | 28,186 |
| | Taxable income not on books | | | |
| | Book expenses not deducted | | | |
| | Income on books not on return | | | |
| | Return deductions not on books | | | |
| | Income (loss) per return | -4,304 | 23,882 | 28,186 |
| **Schedule M-2 AAA** | Balance at beginning of year | -99,512 | -103,816 | -4,304 |
| | Ordinary income (loss) from page 1 | | | |
| | Other additions | | 23,882 | 23,882 |
| | Other reductions | 4,304 | | -4,304 |
| | Distr butions | | | |
| | Balance at end of year | -103,816 | -79,934 | 23,882 |
| **Schedule M-2 PTI** | Balance at beginning of year | | | |
| | Distr butions | | | |
| | Balance at end of year | | | |
| **Schedule M-2 E&P** | Balance at beginning of year | | | |
| | Distr butions | | | |
| | Balance at end of year | | | |
| **Schedule M-2 OAA** | Balance at beginning of year | | | |
| | Other additions | | | |
| | Other reductions | | | |
| | Distr butions | | | |
| | Balance at end of year | | | |
| **Schedule M-3** | Total income (loss) items: | | | |
| | Income (loss) per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Income (loss) per tax return | | | |
| | Total expense/deduction items: | | | |
| | Expense per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Deduction per tax return | | | |
| | Other items with no differences: | | | |
| | Income (loss) per income statement | | | |
| | Income (loss) per tax return | | | |
| | Reconciliation totals: | | | |
| | Income (loss) per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Income (loss) per tax return | | | |

671120

| | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2020**
For calendar year 2020, or tax year

beginning _____    ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.**    } See back of form and separate instructions.

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |

| 1 | Ordinary business income (loss) | 13 | Credits |
|---|---|---|---|
| 2 * | Net rental real estate income (loss)  **11,941** | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 **A** | Alternative minimum tax (AMT) items  **1,018** |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 **V*** | Other information  **STMT** |
| | | **AC*** | **STMT** |

## Part I  Information About the Corporation

**A** Corporation's employer identification number
**74-2585378**

**B** Corporation's name, address, city, state, and Z P code
MADU, INC.

PO BOX 61065
CORPUS CHRISTI     TX  78466

**C** RS Center where corporation filed return
**E-FILE**

## Part II  Information About the Shareholder

**D** Shareholder's identifying number
**46-6984703**

**E** Shareholder's name, address, city, state, and ZIP code
RADHESH JANAKI IRREVOCABLE TRUST NO
PO BOX 61065

CORPUS CHRISTI      TX  78466

**F** Current year allocation percentage .............  **50.000000** %

**G** Shareholder's number of shares
Beginning of tax year ....................... _____
End of tax year .......................... _____

**H** Loans from shareholder
Beginning of tax year ................... $ _____ **0**
End of tax year ......................... $ _____ **0**

For IRS Use Only

| 18 | | More than one activity for at-risk purposes* |
| 19 | | More than one activity for passive activity purposes* |

* See attached statement for additional information.

AIE08J  MADU, INC.                                                              8/20/2021  2:15 PM
74-2585378                              **Federal  Statements**
FYE: 12/31/2020        **RADHESH JANAKI IRREVOCABLE TRUST NO**
                                      **46-6984703**

## Schedule K-1, Box 17, Code AC - Gross Receipts for Section 448(c)

| Description | Shareholder Amount |
|---|---|
| 8990  GROSS RECEIPTS  FOR  2019 | 30,309 |
| 8990  GROSS RECEIPTS  FOR  2018 | 29,933 |

AIE08J  MADU, INC.                                              8/20/2021  2:15 PM

74-2585378                    **Shareholder Rental Report**

FYE: 12/31/2020     **RADHESH JANAKI IRREVOCABLE TRUST NO**
**46-6984703**

### Schedule K-1, Rental Real Estate, Other Rental and Royalties

| Description | Rental Real Estate Box 2 | Other Rental Box 3 | Royalties Box 6 |
| --- | --- | --- | --- |
| SHOPPING CENTER | 11,941 | | |
| **Shareholder Total** | 11,941 | 0 | 0 |

| Form **1120-S**<br>**Schedule K-1** | **Schedule K-1, Box 17, Code V**<br>**Shareholder's Section 199A  Information** | | **2020** |
|---|---|---|---|
| | For calendar year 2020 or tax year beginning | , ending | |

| Name<br>**MADU, INC.**<br>**RADHESH JANAKI  IRREVOCABLE  TRUST  NO** | Taxpayer Identification Number<br>**74-2585378**<br>**46-6984703** |
|---|---|

| | **Activity  Description** | **Pass-Through<br>Entity EIN** | **PTP** | **Aggregated** | **SSTB** |
|---|---|---|---|---|---|
| Column A | **SHOPPING  CENTER** | | ☐ | ☐ | ☐ |
| Column B | | | ☐ | ☐ | ☐ |
| Column C | | | ☐ | ☐ | ☐ |
| Column D | | | ☐ | ☐ | ☐ |
| Column E | | | ☐ | ☐ | ☐ |

| **QBI or Qualified PTP items:** | **Column A** | **Column B** | **Column C** | **Column D** | **Column E** |
|---|---|---|---|---|---|
| Ordinary business income (loss) | | | | | |
| Net rental real estate income (loss) | 11,941 | | | | |
| Other net rental income (loss) | | | | | |
| Royalty income (loss) | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other  deductions | | | | | |
| **W-2 wages** | | | | | |
| **Qualified  property** | | | | | |

**Other  Information:**
QBI allocable to cooperative pmts received
W-2 wages allocable to qualified payments
Section 199A(g) deduction

**Section 199A REIT dividends**

671120

| | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1120-S)** **2020**
Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax year

beginning _____ ending _____

**Shareholder's Share of Income, Deductions,**
**Credits, etc.** } See back of form and separate instructions.

| **Part I** | **Information About the Corporation** |

**A** Corporation's employer identification number
**74-2585378**

**B** Corporation's name, address, city, state, and Z P code
**MADU, INC.**

**PO BOX 61065**
**CORPUS CHRISTI       TX   78466**

**C** RS Center where corporation filed return
**E-FILE**

| **Part II** | **Information About the Shareholder** |

**D** Shareholder's identifying number
**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**

**E** Shareholder's name, address, city, state, and ZIP code
**SATHESH JANAKI**
**PO BOX 61065**

**CORPUS CHRISTI       TX   78466**

**F** Current year allocation percentage .............. **50.000000** %

**G** Shareholder's number of shares
Beginning of tax year ....................... _____
End of tax year ........................... _____

**H** Loans from shareholder
Beginning of tax year ................... $ _____ **0**
End of tax year ........................ $ _____ **0**

For IRS Use Only

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** | |
|---|---|---|
| 1 | Ordinary business income (loss) | 13 Credits |
| 2 * | Net rental real estate income (loss)   **11,941** | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | 14 Foreign transactions |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | 15 Alternative minimum tax (AMT) items  **A**   **1,019** |
| 11 | Section 179 deduction | 16 Items affecting shareholder basis |
| 12 | Other deductions | |
| | | 17 Other information  **V***   **STMT** |
| | | **AC***   **STMT** |
| 18 | More than one activity for at-risk purposes* | |
| 19 | More than one activity for passive activity purposes* | |

\* See attached statement for additional information.

**For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.** www.irs.gov/Form1120S                    **Schedule K-1 (Form 1120-S) 2020**
DAA

AIE08J  MADU, INC.                                                    8/20/2021  2:15 PM
74-2585378                      **Federal  Statements**
FYE: 12/31/2020                 **SATHESH  JANAKI**
                                **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**

## Schedule K-1, Box 17, Code AC - Gross Receipts for Section 448(c)

|                                    | Shareholder |
| Description                        | Amount      |
| ---------------------------------- | ----------- |
| 8990  GROSS RECEIPTS FOR  2019     | 30,310      |
| 8990  GROSS RECEIPTS FOR  2018     | 29,933      |

AIE08J  MADU, INC.                                                    8/20/2021  2:15 PM
74-2585378                    **Shareholder  Rental  Report**
FYE: 12/31/2020                    **SATHESH  JANAKI**
                                       **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**

### Schedule K-1, Rental Real Estate, Other Rental and Royalties

| Description | Rental Real Estate Box 2 | Other Rental Box 3 | Royalties Box 6 |
|-------------|-------------------------:|-------------------:|----------------:|
| SHOPPING  CENTER | 11,941 | | |
| **Shareholder  Total** | 11,941 | 0 | 0 |

| Form **1120-S**<br>Schedule K-1 | **Schedule K-1, Box 17, Code V**<br>**Shareholder's Section 199A  Information** | **2020** |
|---|---|---|
| | For calendar year 2020 or tax year beginning                    , ending | |

Name
**MADU, INC.**
**SATHESH  JANAKI**

Taxpayer Identification Number
**74-2585378**
**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**

| | **Activity  Description** | Pass-Through<br>Entity EIN | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| Column A | SHOPPING  CENTER | | ☐ | ☐ | ☐ |
| Column B | | | ☐ | ☐ | ☐ |
| Column C | | | ☐ | ☐ | ☐ |
| Column D | | | ☐ | ☐ | ☐ |
| Column E | | | ☐ | ☐ | ☐ |

| QBI or Qualified PTP items: | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| Ordinary business income (loss) | | | | | |
| Net rental real estate income (loss) | 11,941 | | | | |
| Other net rental income (loss) | | | | | |
| Royalty income (loss) | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other  deductions | | | | | |
| **W-2 wages** | | | | | |
| **Qualified  property** | | | | | |

**Other  Information:**
QBI allocable to cooperative pmts received
W-2 wages allocable to qualified payments
Section 199A(g) deduction

**Section 199A REIT dividends**

# United States Bankruptcy Court
## Southern District of Texas

In re  __Madu, Inc._____  Case No. _____

_____ Debtor(s)  Chapter  __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __September  6, 2021_____   __/s/ Sathesh Janaki_____

__Sathesh Janaki/President__
Signer/Title

Aransas County Tax Assessor
319 N. Church Street
Rockport, TX 78382


Asha Property LLC
PO Box 61065
Corpus Christi, TX 78466


City of Rockport
2751 SH 35 Bypass
Rockport, TX 78382


Direct Energy
PO Box 180
Tulsa, OK 74101-0180


George Clower
Clower Real Estate
415 Starr St.
Corpus Christi, TX 78401


Internal Revenue Service
Centralized Insolvency Office
PO Box 7346
Philadelphia, PA 19101-7346


Lalitha M. Janaki
114 Oleander Avenue
Corpus Christi, TX 78404


Michael Mintz
ENT Associates
3344 Ocean Drive
Corpus Christi, TX 78411

NavyArmy Community Credit Union
PO Box 81349
Corpus Christi, TX 78468-1349


Office of the U.S. Trustee
606 N. Carancahua St., Ste. 1107
Corpus Christi, TX 78401


San Patricio County Tax Assessor-Collect
PO Box 280
400 W. Sinton Street, Room 144
Sinton, TX 78387


U.S. Attorney
One Shoreline Plaza South Tower
800 N. Shoreline Blvd., Ste. 500
Corpus Christi, TX 78401